UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY BENKO, *et al.*,<br><br>    Plaintiffs,<br><br>vs.<br><br>QUALITY LOAN SERVICE CORPORATION, *et al.*,<br><br>    Defendants. | Case No. 2:12-cv-00224-RCJ-GWF<br><br>**ORDER** |

This matter is before the Court on the Plaintiffs' Proposed Discovery Plan and Scheduling Order (#46) filed April 23, 2012 and Defendants' Proposed Discovery Plan and Scheduling Order (#47) filed April 23, 2012 . The Court conducted a discovery hearing on April 30, 2012. After considering the papers submitted by the parties, as well as oral argument by counsel, and good cause appearing,

**IT IS ORDERED** that Plaintiffs' Proposed Discovery Plan and Scheduling Order (#46) filed April 23, 2012 and Defendants' Proposed Discovery Plan and Scheduling Order (#47) are denied, without prejudice. The filing of a discovery plan and scheduling order is stayed until **July 12, 2012**.

**IT IS FURTHER ORDERED** that a further discovery status hearing is set for **Thursday, July 12, 2012 at 9:30 a.m.** in Courtroom 3A. The parties are required to submit a proposed discovery plan and scheduling order prior to the discovery conference on July 12, 2012. The

. . .

. . .

. . .

requirement to file a discovery plan and scheduling order, and the status hearing will be automatically vacated if the case is dismissed or remanded to state court by the district judge.

DATED this 30th day of April, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge