**Nicholas A. Boylan, Esq.**
Nevada Bar No. 5878
**LAW OFFICES OF NICHOLAS A. BOYLAN, APC**
450 A Street, Suite 400
San Diego, CA 92101
Phone: (619) 696-6344
Fax: (619) 696-0478

Shawn Christopher, Esq.
Nevada Bar No. 6252
**CHRISTOPHER LEGAL GROUP**
2625 N. Green Valley Pkwy, #110
Henderson, NV 89052
Phone: (702) 737-3125
Fax:  (702) 458-5412

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY BENKO, a Nevada resident; CAMILO MARTINEZ, a Nevada resident; ANA MARTINEZ, a Nevada resident; FRANK SCINTA, a Nevada resident; JACQUELINE SCINTA, a Nevada resident; SUSAN HJORTH, a Nevada resident; RAYMOND SANSOTA, a Ohio resident; FRANCINE SANSOTA, a Ohio resident; SANDRA KUHN, a Nevada resident; JESUS GOMEZ, a Nevada resident; SILVIA GOMEZ, a Nevada resident; DONNA HERRERA, a Nevada resident; ANTOINETTE GILL, a Nevada resident; JESSE HENNIGAN, a Nevada resident; KIM MOORE, a Nevada resident; THOMAS MOORE, a Nevada resident;<br><br>        Plaintiffs,<br>v.<br><br>QUALITY LOAN SERVICE CORPORATION, a California Corporation; APPLETON PROPERTIES, LLC, a Nevada Limited Liability Company; MTC FINANCIAL, INC. dba TRUSTEE CORPS, a California | CASE NO: 2:12-cv-00224-RCJ-GWF<br><br>DEPT NO.: XXIX<br><br>**DECLARATION OF SHAWN CHRISTOPHER IN SUPPORT OF THE MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF ANTOINETTE GILL** |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | Corporation; MERIDIAN FORECLOSURE SERVICE, a California and Nevada Corporation dba MTDS, Inc., dba MERIDIAN TRUST DEED SERVICE; NATIONAL DEFAULT SERVICING CORPORATION, a Arizona Corporation; CALIFORNIA RECONVEYANCE COMPANY, a California Corporation; and DOES 1 through 100, inclusive,<br><br>        Defendants. |

### DECLARATION OF SHAWN CHRISTOPHER IN SUPPORT OF THE MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF ANTOINETTE GILL

STATE OF NEVADA    )
                            ) ss
COUNTY OF CLARK    )

    I, Shawn Christopher, declare:

1. I and Nicholas A. Boylan, Esq. are counsel of record for Plaintiff ANTOINETTE GILL in the above-captioned matter.
2. I have made repeated attempts to communicate with Plaintiff ANTOINETTE GILL regarding material issues dealing with her claims alleged in the instant matter.
3. These attempts to communicate include written correspondence, electronic correspondence, telephone calls, and voice mail messages.
4. Ms. GILL stopped responding to my communications.
5. I sent written correspondence to her or about April 25, 2012, via first class mail return receipt requested, that indicated she needed to contact me and agree to follow certain recommendations that were provided to her, or that Mr. Boylan and myself would withdraw as her attorneys in this case. The return receipt indicates that this letter was received on April 30, 2012.
6. Ms. GILL has not contacted me since that time.

. . . .

7. Accordingly, Mr. Boylan and I filed our motion to withdraw as counsel of record for Ms. GILL as there has been a deterioration of the attorney/client relationship and we do not wish to continue with representing her at this time.

I declare under penalty of perjury that the foregoing is true and correct

Dated: May 9, 2012

_____
Shawn Christopher, Esq.
2625 N. Green Valley Parkway, Suite 290
Henderson, Nevada 89014

Submitted by:

CHRISTOPHER LEGAL GROUP

_____
Shawn Christopher, Esq.
2625 N. Green Valley Parkway, Suite 290
Henderson, Nevada 89014
-and-
Nicholas A. Boylan, Esq.
450 A Street, Suite 400
San Diego, CA 92101
Attorneys for Plaintiffs