FILED

AUG 12 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JEFFREY BENKO; et al.,<br><br>      Plaintiffs - Appellants,<br><br> v.<br><br>QUALITY LOAN SERVICE CORPORATION, a California corporation; et al.,<br><br>      Defendants - Appellees. | No. 13-15185<br><br>D.C. No. 2:12-cv-00224-MMD-GWF<br>District of Nevada,<br>Las Vegas<br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

Appellees' motion to dismiss this appeal is denied without prejudice to renewing the arguments in the answering brief.

Appellants' request for sanctions against appellee Quality Loan Service Corporation is denied.

The briefing schedule for this appeal is reset as follows: the opening brief and excerpts of record are due October 4, 2013; the answering brief is due November 4, 2013; and the optional reply brief is due within 14 days after service of the answering brief.

jp/MOATT