1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

9  JEFFREY BENKO, et al,                         Case No. 2:12-cv-00224-MMD-GWF

10                         Plaintiffs-Appellants,                    ORDER

11       v.

12  QUALITY LOAN SERVICE
     CORPORATION, et al.,

13                         Defendants-Appellees.

14

15        Pursuant to the Ninth Circuit Court of Appeals' decision (dkt. no. 115), the Court's

16  Order entered on January 2, 2013, and the Judgment entered on January 3, 2013 (dkt.

17  nos. 101, 103) are vacated.  This case is remanded to the Eighth Judicial District Court

18  of the State of Nevada.  The Clerk is instructed to close this case.

19
        DATED THIS 21st day of October 2015.
20
21
                                                              _____
22                                                            MIRANDA M. DU
                                                              UNITED STATES DISTRICT JUDGE
23
24
25
26
27
28